**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ALFONSO HERDOCIA, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    CIV-07-953-R |
| | ) |
| BRUCE HOWARD, | ) |
| | ) |
|     Warden. | ) |

### O R D E R

Inasmuch as Petitioner paid the filing fee on September 11, 2007, the Report and Recommendation of the Magistrate Judge entered August 28, 2007 [Doc. No. 6] is REJECTED as moot and this case is again referred to United States Magistrate Judge Gary M. Purcell for further proceedings consistent with the original Referral Order [Doc. No. 5].

**It is so ordered this 13th day of September, 2007.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE